**Order entered September 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00485-CR

**AREON TREVON MCDADE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-35368-N**

## ORDER

Before the Court is appellant's September 9, 2019 motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before October 24, 2019.

/s/     BILL PEDERSEN, III
JUSTICE